## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE<br>2706 Black Lake Place<br>Philadelphia, PA 19154, *et al*.<br><br>Plaintiffs<br>v.<br><br>ALBYDR TILE WORK, INC., et *al.*<br><br>Defendants. | :<br>:<br>:<br>:<br>: Case No. 16 - 06077<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **PRAECIPE TO DISMISS**

**TO THE CLERK**:

      Plaintiffs, Bricklayers & Allied Craftworkers Local 1 of PA/DE, e*t al.*, respectfully request that the Court dismiss this action against Defendants Albydr Tile Work, Inc., *et al*, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 41.1(b) of the United States District Court for Eastern Pennsylvania. The parties resolved the issues in this action today after the Defendants voluntarily submitted payments for all outstanding benefit and payroll deduction delinquencies.


DATE: <u>February 13, 2017</u>                          By:   <u>s/ Robert P. Curley</u>
                                                                           Robert P. Curley, Esq.
                                                                           Attorney I.D. No. 55760
                                                                           **O'DONOGHUE & O'DONOGHUE LLP**
                                                                           325 Chestnut Street, Suite 515
                                                                           Philadelphia, PA 19106
                                                                           Telephone (215) 629-4970
                                                                           Facsimile (215) 629-4996
                                                                           rcurley@odonoghuelaw.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE<br>2706 Black Lake Place<br>Philadelphia, PA 19154, *et al*.<br><br>　　　　　　　Plaintiffs<br>　　v.<br><br>ALBYDR TILE WORK, INC., et *al.*<br><br>　　　　　　　Defendants. | Case No. 16 - 06077 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to Dismiss was served by First Class Mail on February 13, 2017 to the Defendants listed below:

Albydr Tile Works, Inc.　　　　　　　Mike Suleiman
6541 Jay Avenue Apt. 1　　　　　　　6541 Jay Avenue Apt. 1
Maspeth, NY 11378　　　　　　　　　Maspeth, NY 11378

DATE: February 13, 2017　　　　　　By:　s/ Robert P. Curley
　　　　　　　　　　　　　　　　　Robert P. Curley, Esq.
　　　　　　　　　　　　　　　　　Attorney I.D. No. 55760
　　　　　　　　　　　　　　　　　**O'DONOGHUE & O'DONOGHUE LLP**
　　　　　　　　　　　　　　　　　325 Chestnut Street, Suite 515
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　Telephone (215) 629-4970
　　　　　　　　　　　　　　　　　Facsimile (215) 629-4996
　　　　　　　　　　　　　　　　　rcurley@odonoghuelaw.com